EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

              Plaintiff,

    - against -

ARVIN MENDEZ

              Defendant.
-----------------------------------------------------------X

ORIGINAL

ORDER OF REFERRAL

05 CR 268 (FB)

The defendant, __ABOVE__, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge __LEVY__ to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

    SO ORDERED.

Dated: Brooklyn, New York
        6/20, 2005

                              _____
                              FREDERIC BLOCK
                              United States District Judge

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)

_____      USMJ
7/22/05